**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:24-CR-00061-FDW-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **DAVID ANTON STALLWORTH,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

       **THIS MATTER** is before the Court on the Memorandum and Recommendation of United States Magistrate Judge David Keesler, (Doc. No. 50), recommending that Defendant's Motion to Suppress Evidence Seized on February 5, 2024, (Doc. No. 33), be granted, Defendant's Motion to Suppress Statements Made and Evidence Seized on March 25, 2024, (Doc. No. 34), be denied as moot, and Defendant's Motion to Suppress Statements Made and Evidence Acquired on June 23, 2023, (Doc. No. 35), be denied. While these matters were pending, on December 12, 2024, Defendant entered a guilty plea to count 1 of the indictment. (Doc. No. 62.) On February 18, 2025, the Court held Defendant's plea hearing. (Minute Entry, Feb. 18, 2025.)

       Upon review of the motions, the arguments, and the specific relief sought, the Court finds these motions are moot because of Defendant's guilty plea.

       **IT IS THEREFORE ORDERED** that Defendant's Motions to Suppress, (Doc. Nos. 33, 34, 35), are **DENIED as MOOT**. The Memorandum and Recommendation, (Doc. No. 50), is also **DENIED as MOOT**.

       **IT IS SO ORDERED**.

Signed: March 4, 2025

Frank D. Whitney
Senior United States District Judge